Nicole M. Grzeskowiak, Esq. (ID# 22122011)
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, St. Michael's Medical Center (a/k/a Prime Healthcare Services- St. Michael's LLC)

| | |
|---|---|
| Plaintiff,<br><br>ROLANDO MATOS<br><br>      vs.<br><br>Defendant,<br><br>ST. MICHAELS MEDICAL CENTER | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:19-cv-21110-JMV-SCM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

   It is hereby stipulated and agreed by and between the attorneys for the parties that the within action be and the same is hereby dismissed with prejudice without costs and fees as to Defendant, St. Michael's Medical Center (a/k/a Prime Healthcare Services- St. Michael's LLC).

LAW OFFICES OF CLARA R. SMIT, ESQ.
Attorneys for Plaintiff, Rolando Matos


      */s/ Clara R. Smit*
By:_____
      CLARA R. SMIT


HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant, St. Michael's Medical Center (a/k/a Prime Healthcare Services- St. Michael's LLC)


      */s/ Nicole M. Grzeskowiak*
By:_____
      NICOLE M. GRZESKOWIAK

Dated:  April 14, 2022

**HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**

40 PATERSON STREET
NEW BRUNSWICK, NJ 08901

701 WILTSEY'S MILL ROAD
BLDG. B, SUITE 202
HAMMONTON, NJ 08037

169 MAPLE AVENUE
RED BANK, NJ 07701